1  LAWRENCE G. BROWN
   Acting United States Attorney
2  RUSSELL L. CARLBERG
   MATTHEW STEGMAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2748
5
6
7

**FILED**

MAR 12 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          2:09 - CR - 0 1 2 1 FD

11  UNITED STATES OF AMERICA,        )
                                     )
12           Plaintiff,              )  VIOLATIONS: 18 U.S.C. § 1343 -
                                     )  Wire Fraud (28 Counts); 18
13      v.                           )  U.S.C. § 1956(a)(1)(B)(i) -
                                     )  Money Laundering (7 counts);
14  CHRISTOPHER JARED WARREN         )  18 U.S.C. § 1957 - Engaging in
        aka Mark Andrew Seagrave,    )  Monetary Transactions in
15      aka Anthony Han Kim, and     )  Criminally Derived Property (5
    SCOTT EDWARD CAVELL,             )  counts); 18 U.S.C. § 1542 -
16      aka Adam Kingsbury Curry,    )  False Statement in Application
        aka Daniel Joseph Yriate;    )  for  Passport (2 counts); 18
17                                   )  U.S.C. § 1028A - Aggravated
             Defendants.             )  Identity Theft (2 counts)
18  _____)

19                    I N D I C T M E N T

20  COUNTS ONE THROUGH TWENTY-EIGHT: [18 U.S.C. § 1343 - Wire Fraud]

21           The Grand Jury charges:

22                    CHRISTOPHER JARED WARREN
                       aka Mark Andrew Seagrave,
23                     aka Anthony Han Kim, and
                        SCOTT EDWARD CAVELL,
24                      aka Adam Kingsbury
                     aka Daniel Joseph Yriate;
25

26  defendants herein, as follows:

27  ///

28  ///

                            1

## I. BACKGROUND

1. At all times relevant to this indictment, defendant CHRISTOPHER JARED WARREN resided in Folsom, in the State and Eastern District of California. At all relevant times of this indictment, defendant SCOTT EDWARD CAVELL resided in Sacramento, in the State and Eastern District of California.

2. On or about July 28, 2008, defendant WARREN caused "Triduanum Financial, Inc." ("Triduanum") to be incorporated with the California Secretary of State. At all times relevant to this indictment, Triduanum's principle place of business was either 1215 K Street, Sacramento, California or 9310 Tech Center Drive #290, Sacramento, California. According to corporate minutes dated July 23, 2008, a person known to the grand jury and identified here as J.G. was named "President and Owner," defendant CAVELL was named "Secretary," and defendant WARREN was named "Treasurer."

3. On or about July 15, 2008, defendants WARREN and CAVELL caused to be opened a bank account ending in number 6742, in the name of United Financial Investments LLC, at River City Bank in Sacramento, in the State and Eastern District of California. Defendants WARREN and CAVELL were the sole signatories on this account.

4. On or about July 24, 2008, defendants WARREN and CAVELL caused to be opened a bank account ending in number 2445, in the name of Triduanum Financial, Inc., at River City Bank in Sacramento, in the State and Eastern District of California. Defendants WARREN and CAVELL were the sole signatories on this account.

1    5.   On or about October 16, 2008, Triduanum applied with
2  Taylor, Bean, and Whitaker Mortgage Corp. ("TB&W") to be a
3  "correspondent lender" for TB&W.  A "correspondent lender"
4  generally originates and funds loans in its own name, then sells
5  the loans off to larger lenders, or "sponsors," who, in turn,
6  service them or sell them on the secondary market.  The loans can
7  be underwritten by the correspondent lender, but the loan
8  programs are usually based on terms approved by the sponsor.  The
9  correspondent lender often funds the loan and then, within days,
10  sells it upstream to the sponsor.  This describes the
11  relationship between Triduanum and TB&W.

12    6.   On November 7, 2008, TB&W contractually delegated
13  underwriting authority to Triduanum to approve mortgage loans and
14  to "lock and sell" them to TB&W.  So, once Triduanum had
15  represented to TB&W that it had underwritten a valid loan,
16  Triduanum would make a wire request of TB&W to fund the loan.
17  TB&W would then wire the funds to a River City Bank account
18  controlled by defendants WARREN and CAVELL.  TB&W would then own
19  the loan that Triduanum had underwritten.  Defendants WARREN and
20  CAVELL, as principals of Triduanum, promised to use best efforts
21  and to act in good faith in their business dealings with TB&W.
22  Defendants WARREN and CAVELL, as principals of Triduanum,
23  covenanted to audit 20% to 30% of loans each month and to comply
24  with all money laundering laws.

25    7.   At all times relevant to this indictment, TB&W
26  maintained a bank account at Colonial Bank in Birmingham,
27  Alabama.  At all times relevant to this indictment, TB&W also
28  maintained a bank account held in the name of Ocala Funding LLC

1 | at Bank of America in Chicago, Illinois, and whose wire funds
2 | transfers cleared from an account in New York, New York.

3 | ## II.   THE SCHEME TO DEFRAUD

4 | 8.    From on or about October 16, 2008 through and including
5 | on or about February 27, 2009, in the State and Eastern District
6 | of California and elsewhere, defendants WARREN and CAVELL,
7 | knowingly devised and intended to devise a material scheme and
8 | artifice to defraud and to obtain money by means of materially
9 | false and fraudulent pretenses, representations, and promises, in
10 | violation of Title 18, United States Code, Section 1343.

11 | 9.    The purpose of the scheme and artifice to defraud was
12 | to obtain access to TB&W's funds by fraudulently entering into a
13 | contractual relationship with TB&W and by abusing a fiduciary
14 | relationship with TB&W.  Another purpose of the scheme and
15 | artifice to defraud was to mislead TB&W into believing it was
16 | wiring money to purchase legitimate loans from Triduanum.  But
17 | beginning in or around December 4, 2008, and continuing through
18 | on or about January 27, 2009, defendants WARREN and CAVELL made a
19 | series of wire transfer requests to TB&W with intent to defraud
20 | and with no intent of funding loans.  Rather than causing the
21 | deeds to be recorded and disbursing the money to escrow as
22 | required, defendants WARREN and CAVELL redirected the funds from
23 | the Triduanum account to gold bullion dealers and accounts
24 | controlled by them, members of their families, and others.
25 | Altogether, defendants WARREN and CAVELL defrauded TB&W of over
26 | $7,000,000.

27 | 10.   As a further part of the scheme and artifice to defraud
28 | and in furtherance thereof, defendants WARREN and CAVELL

4

1 || knowingly made, and knowingly caused others to make, materially
2 || false and fraudulent representations and promises to TB&W and
3 || others, including those described in paragraphs 11 through 15 of
4 || counts 1 through 28 of this indictment, below.

5 ||     11.   On or about October 16, 2008, defendant WARREN signed a
6 || correspondent certification, stating among other things, that "no
7 || officer or director" of Triduanum was "subject to any criminal
8 || investigation or charges involving dishonesty, fraud or
9 || misrepresentation."   In truth, as WARREN knew when he signed this
10 || certification, the following officers or directors of Triduanum
11 || were all subjects of a federal criminal mortgage fraud
12 || investigation:

13 ||          Officer                    Title
14 ||          CHRISTOPHER WARREN         Executive Vice President
15 ||          SCOTT CAVELL               General Manager
16 ||          J.G.                       President

17 ||     12.   On a "correspondent lending application" submitted to
18 || TB&W on or around October 16, 2008, defendants WARREN and CAVELL
19 || caused Triduanum to state that its investor, "United Financial
20 || Investments" ("UFI") was a banking entity.   In truth, UFI was a
21 || California limited liability corporation in which WARREN and
22 || CAVELL were "members/managers."   Defendants WARREN and CAVELL
23 || omitted the material fact that they controlled UFI.

24 ||     13.   On a "correspondent lending application" submitted to
25 || TB&W on or around October 16, 2008, defendants WARREN and CAVELL
26 || caused Triduanum to state that none of its principals or
27 || corporate officers had been named as a defendant in any lawsuit
28 || for alleged fraud or misrepresentation.   In truth, on August 25,

5

1  2008, in Placer County Superior Court Case No. SCV23522,
2  investors in Loomis Wealth Solutions had sued J.G., the President
3  of Triduanum, and others, for alleged fraud.

4     14.  On or about October 16, 2008, Defendants WARREN and
5  CAVELL caused the Triduanum "Business Plan and Synopsis" and the
6  resumes of its principals, which were submitted to TB&W, to be
7  incorporated by reference into Triduanum's "correspondent lending
8  application" provided to TB&W.  Material falsehoods in these
9  documents include the following:

10          a.  "Triduanum Financial Inc. was started with a
11  capital contribution stock purchase of $1.2 million by [J.G.]
12  President and 90% shareholder."  In truth and in fact, as
13  defendants WARREN and CAVELL knew when they submitted this
14  statement to TB&W, J.G. had not contributed $1.2 million.

15          b.  Describing his experience as head of Nationwide
16  Lending Group (NLG) and Advantage Financial Partners (AFP), J.G.
17  claimed on his resume that he built NLG and AFP into a $10
18  million company by January 2008.  In fact, as defendants WARREN
19  and CAVELL knew, NLG and AFP were essentially bankrupt and
20  borrowing money from other entities to stay afloat.

21          c.  The resumes of defendant WARREN, defendant CAVELL,
22  J.G., and a person known to the grand jury and identified as H.S.
23  each glowingly described his or her work experience at NLG, all
24  the while omitting to state the material fact known to defendants
25  WARREN and CAVELL that NLG had its records seized under authority
26  of a federal search warrant in August 2008, partly as a result of
27  allegations concerning their own fraudulent activities at NLG.

28     15.  Defendants WARREN and CAVELL caused materially false

6

1 loan applications to be prepared on behalf of loan applicants,
2 using personal information obtained from them. Such loan
3 applications submitted to TB&W contained false representations,
4 including false representations and omissions about the
5 borrowers' monthly income and/or employment, the borrowers'
6 intent to occupy the property as a primary residence, the
7 borrowers' assets and/or liabilities, and misrepresentations
8 about the true price of the real properties.

9    16.  On or about the dates listed below, in the State and
10 Eastern District of California, for the purpose of executing the
11 aforementioned scheme and artifice to defraud, and attempting to
12 do so, defendants WARREN and CAVELL, as more specifically set
13 forth below, knowingly caused to be transmitted by means of wire
14 communication in interstate commerce certain writings, signs,
15 signals, pictures and sounds:

| COUNT | DATE | SENDER | RECIPIENT | DESCRIPTION |
|---|---|---|---|---|
| 1 | 12/04/08 | Bank of America New York, NY | River City Bank Sacramento, CA | $263,496.92 Wire Transfer |
| 2 | 12/11/08 | Bank of America New York, NY | River City Bank Sacramento, CA | $321,151.67 Wire Transfer |
| 3 | 12/17/08 | Bank of America New York, NY | River City Bank Sacramento, CA | $336,716.15 Wire Transfer |
| 4 | 12/23/08 | Bank of America New York, NY | River City Bank Sacramento, CA | $255,248.49 Wire Transfer |
| 5 | 12/26/08 | Bank of America New York, NY | River City Bank Sacramento, CA | $423,343.88 Wire Transfer |
| 6 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $301,695.13 Wire Transfer |
| 7 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $297,396.23 Wire Transfer |
| 8 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $251,540.31 Wire Transfer |

7

| COUNT | DATE | SENDER | RECIPIENT | DESCRIPTION |
|-------|------|--------|-----------|-------------|
| 9 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $250,627.27 Wire Transfer |
| 10 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $428,822.66 Wire Transfer |
| 11 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $312,571.51 Wire Transfer |
| 12 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $85,634.91 Wire Transfer |
| 13 | 01/08/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $69,229.99 Wire Transfer |
| 14 | 01/09/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $331,441.37 Wire Transfer |
| 15 | 01/09/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $247,724.61 Wire Transfer |
| 16 | 01/16/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $239,489.40 Wire Transfer |
| 17 | 01/22/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $108,621.91 Wire Transfer |
| 18 | 01/23/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $423,997.46 Wire Transfer |
| 19 | 01/23/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $382,201.56 Wire Transfer |
| 20 | 01/23/09 | Colonial Bank Birmingham, AL | River City Bank Sacramento, CA | $223,191.21 Wire Transfer |
| 21 | 01/23/09 | Bank of America New York, NY | River City Bank Sacramento, CA | $308,548.59 Wire Transfer |
| 22 | 01/23/09 | Colonial Bank Birmingham, AL | River City Bank Sacramento, CA | $116,463.79 Wire Transfer |
| 23 | 01/23/09 | Colonial Bank Birmingham, AL | River City Bank Sacramento, CA | $111,822.09 Wire Transfer |
| 24 | 01/23/09 | Colonial Bank Birmingham, AL | River City Bank Sacramento, CA | $241,405.89 Wire Transfer |
| 25 | 01/23/09 | Colonial Bank Birmingham, AL | River City Bank Sacramento, CA | $410,831.45 Wire Transfer |
| 26 | 01/23/09 | Colonial Bank Birmingham, AL | River City Bank Sacramento, CA | $222,741.32 Wire Transfer |

8

| COUNT | DATE | SENDER | RECIPIENT | DESCRIPTION |
|---|---|---|---|---|
| 27 | 01/26/09 | Bank of America<br>New York, NY | River City Bank<br>Sacramento, CA | $181,280.89<br>Wire Transfer |
| 28 | 01/27/09 | Colonial Bank<br>Birmingham, AL | River City Bank<br>Sacramento, CA | $309,881.52<br>Wire Transfer |

All in violation of Title 18, United States Code, Sections 1343 and 2.

<u>COUNTS TWENTY-NINE THROUGH THIRTY-FIVE</u>: [18 U.S.C.§ 1956(a)(1) (B)(i) - Money Laundering]

The Grand Jury further charges:   T H A T

CHRISTOPHER JARED WARREN
aka Mark Andrew Seagrave,
aka Anthony Han Kim, and
SCOTT EDWARD CAVELL,
aka Adam Kingsbury Curry,
aka Daniel Joseph Yriate;

defendants herein, on or about the dates set forth below, in the State and Eastern District of California, did knowingly conduct and attempt to conduct financial transactions, as indicated below, affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, to wit, the fraudulent acquisition of money and property in violation of 18 U.S.C. § 1343, knowing that the said financial transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

///

9

| COUNT | DATE | AMOUNT | MONETARY TRANSACTION |
|---|---|---|---|
| 29 | 12/12/08 | $240,900 | Triduanum River City Bank wire transfer to Swiss America Trading Corp. |
| 30 | 12/12/08 | $104,732 | Triduanum River City Bank wire transfer to CR Holly Hunters Tricounties Bank account ending in Number 7333. |
| 31 | 12/19/08 | $251,280 | Triduanum River City Bank wire transfer to Coin and Stamp Gallery |
| 32 | 12/29/08 | $219,675 | Triduanum River City Bank wire transfer to Swiss America Trading |
| 33 | 12/31/08 | $63,000 | Triduanum River City Bank wire transfer to Pakeeza Jewelers |
| 34 | 01/05/09 | $3,000 | Triduanum River City Bank wire transfer to Pakeeza Jewelers |
| 35 | 01/12/09 | $1,199,890 | Triduanum River City Bank wire transfer to Coin & Stamp Gallery |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

COUNTS THIRTY-SIX THROUGH FORTY:    [18 U.S.C. § 1957 -Engaging in Monetary Transactions in Criminally Derived Property]

The Grand Jury further charges:    T H A T

CHRISTOPHER JARED WARREN
aka Mark Andrew Seagrave,
aka Anthony Han Kim, and
SCOTT EDWARD CAVELL,
aka Adam Kingsbury Curry,
aka Daniel Joseph Yriate;

defendants herein, on or about the dates set forth below, in the State and Eastern District of California, did knowingly engage in and attempt to engage in the monetary transactions in criminally derived property having a value greater than $10,000 set forth below, to wit: deposits and transfers in and affecting interstate and foreign commerce by, through and to the financial

10

1  institutions named below, which deposits and transfers were, in
2  fact, derived from specified unlawful activity, to wit: a scheme
3  to defraud in violation of Title 18, United States Code, § 1343:

| 4 | COUNT | DATE | AMOUNT | MONETARY TRANSACTION |
|---|-------|------|--------|----------------------|
| 5<br>6 | 36 | 01/12/09 | $399,250 | Triduanum River City Bank wire transfer to Swiss America Trading Corp. |
| 7<br>8 | 37 | 01/12/09 | $490,000 | Triduanum River City Bank wire transfer to Swedish bank |
| 9 | 38 | 01/26/09 | $650,000 | Triduanum River City Bank wire transfer to Swedish bank |
| 10 | 39 | 01/26/09 | $1,380,000 | Triduanum River City Bank wire to Coin & Stamp Gallery |
| 11<br>12<br>13 | 40 | 01/27/09 | $629,585.01 | United Financial Investments River City Bank account wire to Swiss America Trading Co. |

14       All in violation of Title 18, United States Code, Sections
15  1957(a) and 2.

16  COUNT FORTY-ONE: [18 U.S.C. § 1542 - False Statement in
                   Application for Passport]
17
         The Grand Jury charges:  T H A T
18
                         CHRISTOPHER JARED WARREN
19                       aka Mark Andrew Seagrave,
                         aka Anthony Han Kim, and
20                       SCOTT EDWARD CAVELL,
                         aka Adam Kingsbury Curry,
21                       aka Daniel Joseph Yriate;

22  defendants herein, on or about December 2, 2008, in Sacramento,
23  in the State and Eastern District of California, did willfully
24  and knowingly make false statements in an application for a
25  passport with the intent to induce and secure the issuance of a
26  passport under the authority of the United States, for the use of
27  defendant CHRISTOPHER JARED WARREN, contrary to the laws
28  regulating such passports and the rules prescribed pursuant to

                              11

1  such laws, when, to wit: defendant WARREN stated his true name to

2  be Anthony Han Kim, and that he was born on April 5, 1979, which

3  statements defendant WARREN knew to be false; and defendant

4  CAVELL signed an "affidavit of identifying witness" in which

5  defendant CAVELL stated that WARREN was Anthony Han Kim and that

6  CAVELL had known him for three years, which statements defendant

7  CAVELL knew to be false; all in violation of Title 18, United

8  States Code, Sections 1542 and 2.

9  COUNT FORTY-TWO: [18 U.S.C. § 1542 - False Statement in
                    Application for Passport]

10

       The Grand Jury charges:  T H A T

11

                        SCOTT EDWARD CAVELL,
12                    aka Adam Kingsbury Curry,
                    aka Daniel Joseph Yriate, and
13                   CHRISTOPHER JARED WARREN
                      aka Mark Andrew Seagrave,
14                       aka Anthony Han Kim;

15  defendants herein, on or about November 26, 2008, in Sacramento,

16  in the State and Eastern District of California, did willfully

17  and knowingly make false statements in an application for a

18  passport with the intent to induce and secure the issuance of a

19  passport under the authority of the United States, for the use of

20  defendant SCOTT EDWARD CAVELL, contrary to the laws regulating

21  such passports and the rules prescribed pursuant to such laws,

22  when, to wit: defendant CAVELL stated his true name to be Daniel

23  Joseph Yriate, and that he was born on May 4, 1981, which

24  statements he knew to be false; and defendant WARREN signed an

25  "affidavit of identifying witness" in which defendant WARREN

26  stated that CAVELL was Daniel Joseph Yriate, which statement

27  defendant WARREN knew to be false; all in violation of Title 18,

28  United States Code, Sections 1542 and 2.

                              12

1  COUNTS FORTY-THREE AND FORTY-FOUR:  [18 U.S.C. § 1028A –
                                      Aggravated Identity Theft]
2
        The Grand Jury charges:  T H A T
3
                        CHRISTOPHER JARED WARREN
4                         aka Mark Andrew Seagrave,
                          aka Anthony Han Kim, and
5                       SCOTT EDWARD CAVELL,
                          aka Adam Kingsbury Curry,
6                         aka Daniel Joseph Yriate;

7  defendants herein, on or about the dates below, in Sacramento,

8  California, in the Eastern District of California, did knowingly

9  use, without lawful authority, the means of identification of

10 another person, during and in relation to an offense under

11 Chapter 75, Title 18, United States Code, Section 1542, to wit,

12 False Statement in Application for a Passport, as indicated

13 below:

14

                                    Means of I.D.
15 Count          Date              Possessed            Defendants

16 43             11/26/08          Name and birth date      WARREN
                                    of Anthony Han Kim       CAVELL
17
   44             12/02/08          Name and birth date      CAVELL
18                                  of Daniel Joseph Yriate  WARREN

19

20 All in violation of Title 18, United States Code, Sections 1028A

21 and 2.

22

23                               A TRUE BILL.

24                          /s/ Signature on file w/AUSA

25
                                 FOREPERSON
26

27
   LAWRENCE G. BROWN
28 Acting United States Attorney

                                 13

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

**2:0 9 - CR - 0 1 2 1 FCD**

CHRISTOPHER JARED WARREN
aka Mark Andrew Seagrave,
aka Anthony Han Kim, and
SCOTT EDWARD CAVELL,
aka Adam Kingsbury Curry,
aka Daniel Joseph Yriate

## I N D I C T M E N T

**VIOLATIONS:** 18 U.S.C. § 1343 - Wire Fraud (28 Counts); 18
U.S.C. § 1956(a)(1)(B)(i) - Money Laundering (7 counts); 18
U.S.C. § 1957 - Engaging in Monetary Transactions in Criminally
Derived Property (5 counts); 18 U.S.C. § 1542 - False Statement in
Application for Passport (2 counts); 18 U.S.C. § 1028A -
Aggravated Identity Theft (2 counts)

*A true bill,*

/ S /

*Foreman.*

*Filed in open court this* 12 *day*

*of* March *, A.D. 20 09*

*Clerk.*

*Bail, $*

**NO PROCESS NECESSARY** *as to deft. Warren*

**NO BAIL WARRANT** — *as to deft. Cavell*

GPO 863 525

2:0 9 - CR - 0 1 2 1 FCD

# PENALTY SLIP

**CHRISTOPHER JARED WARREN: Counts 1 - 44**
aka Mark Seagrave, aka Anthony Han Kim

**SCOTT EDWARD CAVELL: Counts 1 - 44**
aka Adam Kingsbury Curry, aka Daniel Joseph Yriate

| COUNT 1 - 28 | 18 U.S.C. § 1343 - Wire Fraud | PENALTY: | NMT: 20 years imprisonment NMT: $250,000 fine 3 Years TSR |
|---|---|---|---|
| COUNTS 29 - 35 | 18 U.S.C. § 1956(a)(1)(B)(i) - Money Laundering | PENALTY: | NMT: 20 years imprisonment NMT: $500,00 or twice the value of the property involved in the transaction or Both 5 Years TSR |
| COUNTS 36 - 40 | 18 U.S.C. § 1957 - Engaging in Monetary Transactions in Criminally Derived Property | PENALTY: | NMT: 10 years imprisonment NMT: $250,000 fine, or Both 3 Years TSR |
| COUNT 41 - 42 | 18 U.S.C. § 1542 - False Statement in Application for Passport | PENALTY: | NMT 10 years imprisonment NMT: $250,000 fine, or Both 3 years TSR |
| COUNTS 43 - 44 | 18 U.S.C. § 1028A - Aggravated Identity Theft | PENALTY: | NMT/NLT 2 years imprisonment (mandatory); $250,000 fine NMT 3 years TSR |
| **SPECIAL ASSESSMENT:** $100.00 for each count | | | |