```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  RUSSELL L. CARLBERG
    MATTHEW STEGMAN
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2748
 5
 6
 7
```





MAR 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. S-09-0121 FCD |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: |
| v. | DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONALLY |
| CHRISTOPHER JARED WARREN, aka Mark Andrew Seagrave, aka Anthony Han Kim, and SCOTT EDWARD CAVELL, aka Adam Kingsbury Curry aka Daniel Joseph Yriate; | IDENTIFYING INFORMATION |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg and Matthew Stegman, Assistant U.S. Attorneys, representing plaintiff United States of America, and Donald Heller, attorney for defendant Christopher Jared Warren, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with multiple counts of wire fraud, money laundering, passport fraud, and aggravated identity theft. The parties agree that discovery in this case contains "Protected Information," which

1

is defined here as including victim names, social security numbers, driver license numbers, biometric data, dates of birth, addresses, bank account numbers, employment history, telephone numbers, and email addresses. The parties agree that the discovery in this case is significant and it would not be practical to redact all Protected Information.

By signing this Stipulation and Protective Order, defense counsel agrees not to share any documents that contain Protected Information with anyone other than defense counsel and his designated defense investigators and support staff. Defense counsel may permit the defendant to view the documents in the presence of his or her attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy Protected Information contained in the discovery, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: March 27, 2009

DONALD HELLER
Attorney for CHRISTOPHER JARED WARREN

DATE: March 30, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: RUSSELL L. CARLBERG
Assistant U.S. Attorney

2

**[PROPOSED] ORDER**

For good cause shown, the stipulation of counsel in criminal case no. S-09-0121 FCD concerning Protected Information is approved and

**IT IS SO ORDERED:**

DATED: 3-30-09    _____
                   EDMUND F. BRENNAN
                   U.S. Magistrate Judge

3