# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-CR-0121 FCD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CHRISTOPHER JARED WARREN, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the April 20, 2009 status conference be continued to May 11, 2009, at 10 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for his counsel to competently prepare by reviewing the voluminous discovery made available by the government exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order through and including May 11, 2009.

IT IS SO ORDERED.

Dated: April 16, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE