**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CHRISTOPHER WARREN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-09-00121 FCD |
| PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING THE STATUS |
| ) | CONFERENCE TO MONDAY |
| CHRISTOPHER WARREN, ) | JULY 19, 2010 |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorneys Mr. Russell L. Carlberg and Mr. Matthew C. Stegman and the defendant, Christopher Warren represented by his attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date set for the status conference, **Monday, May 17, 2010**, is can be vacated and can be rescheduled for **Monday, July 19 , 2010, at 10:00 a.m.** in Courtroom #2 before the Honorable United States District Court Judge, Frank C. Damrell, Jr.

The Court's courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available and the Court is available on **Monday, July 19, 2010.**

Further, all of the parties, the United States of America and the defendant agree and stipulate that time under the Speedy Trial Act can be excluded under Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to

prepare) from Monday, May 17, 2010 to through and including Monday, July 19, 2010.

**PROCEDURAL STATUS OF THE CASE**

The government filed a criminal complaint on February 5, 2009. (See Docket Entry # 1) The government filed the Indictment on March 12, 2009. (See Docket Entry # 4)

The defendant made his initial appearance on March 17, 2009, with a status conference set for April 20, 2009. (See Docket Entry # 8) The Court signed an Order on April 16, 2009, to continue the status conference to May 11, 2009. (See Docket Entry # 16) Time was excluded under the Speedy Trial Act under Title 18, section 3161(h)(7)(B)(iv) which corresponds to local code T-4, reasonable time for counsel to adequately prepare. (See Docket Entry # 16)

On May 11, 2009, defendant's counsel withdrew from representation, and the Court set June 1, 2009, as the next status conference date to appoint new counsel for the defendant. (See Docket Entry # 16) Time was excluded under the Speedy Trial Act under Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

On June 1, 2009, new counsel was appointed and the case was set for a status conference on August 17, 2009. (See Docket Entry # 17) Time was excluded under the Speedy Trial Act under Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

On August 17, 2009, a status conference was held and a new status conference date on November 16, 2009, was set. (See Docket Entry # 20) Time was excluded under the Speedy Trial Act under Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and

Local Code T-4 (to allow counsel time to prepare).

On November 13, 2009, the Court signed a Stipulation continuing the case to March 15, 2010, and excluding time under the Speedy Trial Act under Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare). (See Docket Entry # 25).

On March 15, 2010, the Court held a status conference and continued the case to Monday, May 17, 2010. The Court excluded time under the Speedy Trial Act under Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare) (See Docket Entry # 26)

## STATUS OF DISCOVERY

On August 13, 2009, the government produced over 12,000 pages of discovery in this case. On November 2, 2009, the defense sent the government a twenty-one (21) page letter requesting additional discovery. The government is in the process of reviewing the twenty-one page letter and responding to the defense request and making additional materials available for defense review.

## EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The parties agree and stipulate that with the government producing over 12,000 pages in discovery and with the defense requesting additional discovery in a twenty-one (21) page discovery letter, with the case having already been declared complex by the Court, the interests of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare) from Monday, May 17, 2010 to through and including Monday, July 19, 2010.

Respectfully submitted:

BENJAMIN WAGNER
UNITED STATES ATTORNEY

/s/ Russell Carlberg by e mail  authorization

DATED: 5-14-10        _____
Russell L. Carlberg
Matthew C. Stegman
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEYS FOR THE PLAINTIFF


DATED: 5-14-10        /s/ James R. Greiner
                      _____
                      James R. Greiner
                      Attorney for Defendant Christopher Warren

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, and that

All parties agree and Stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex, due to the nature of the prosecution, and/or the existence of novel questions of fact or law, and/or, the existence of the amount of discovery, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entries # 16, 17, 20, 25 and 26). In addition, the Court can make a finding from the record in this case, that time shall also be excluded under **local code T**-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and **Title 18 U.S.C. section**

**3161(h)(7)(B)(iv)**, of the speedy trial act. (See Docket Entries # 8, 14, 16, 17, 20, 25 and 26)

The Status Conference currently set for **Monday, May 17, 2010, is vacated**, and the **new Status Conference is set for Monday, July 19, 2010**, with time excluded under the Speedy Trial Act **from Monday, May 17, 2010**, **through to and including Monday, July 19, 2010,** for the reasons agreed to and stipulated by the parties and as stated herein.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: May 14, 2010

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE