1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
CHRISTOPHER WARREN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-09-00121-FCD |
| PLAINTIFF, ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO MONDAY FEBRUARY 7, 2011 |
| v. ) | |
| CHRISTOPHER WARREN, ) | |
| DEFENDANT. ) | |
| _____ ) | |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney Mr. Russell L. Carlberg, and the defendant, Christopher Warren, represented by his attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date set for the status conference, **Monday, November 1, 2010**, is can be vacated and can be rescheduled for **Monday, February 7, 2010, at 10:00 a.m.** in Courtroom #2 before the Honorable United States District Court Judge, Frank C. Damrell, Jr..

The Court's courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available and the Court is available on **Monday, February 7, 2011.**

Further, all of the parties, the United States of America and the defendant agree and stipulate that time under the Speedy Trial Act can be excluded under Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to

prepare) from Monday, May 17, 2010 to through and including Monday, July 19, 2010.

## STATUS OF DISCOVERY

In October, 2010, defense counsel received approximately 25,000 pages of discovery from the government. Within weeks, there is additional discovery from a laptop computer that will be produced by the government.  Counsel for the defendant will be in a Federal trial during the month of November, 2010.  Defense counsel represents that he requires the time between now and February 7, 2011, to review this material and to prepare the defense.  The government accepts the representation of defense counsel that he is diligently working on the case and requires this time.

## EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The parties agree and stipulate that with the government producing an additional approximately 25,000 pages and shortly producing additional discovery from a laptop computer and with defense counsel being in trial in the month of November, and with the case having already been declared complex by the Court, the interests of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare) from Monday, November 1, 2010 to through and including Monday, February 7, 2011.

Respectfully submitted,

BENJAMIN WAGNER
UNITED STATES ATTORNEY

DATED: 10-27-10

/s/ Russell Carlberg by telephone  authorization
_____
Russell L. Carlberg
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 10-27-10        /s/ James R. Greiner
                       _____
                       James R. Greiner
                       Attorney for Defendant Christopher Warren

## ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, and that

All parties agree and Stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex, due to the nature of the prosecution, and/or the existence of novel questions of fact or law, and/or, the existence of the amount of discovery, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  In addition, the Court can make a finding from the record in this case, that time shall also be excluded under **local code T**-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act.

The Status Conference currently set for **Monday, November 1, 2010, is vacated**, and the **new Status Conference is set for Monday, February 7, 2011**, with time excluded under the Speedy Trial Act **from Monday, November 1, 2010**, **through to and including Monday, February 7, 2011,** for the reasons agreed to and stipulated by the parties and as stated herein.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE