Christopher Warren #152602
WBCF PO Box 928
Nevada City CA 95959





Eastern District of California
United States of America

United States of America

v                                                        Cr No S-09-0121 JAM

Christopher Warren

Prepared For:    Hon. Mendez
Prepared By:     Defendant

    In 2009, I signed and agreed to a waiver of physical appearance which allowed my defense council James Greiner, Esq., to stand in my place at court appearances.

    I hereby request, as of November 4th, 2011, that the court remove this waiver of appearance so I am present at the court dates as we proceed.

    Thank you for your time.

Respectfully,

Christopher Warren
Fed Id: 17434-055