IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---oOo---

BEFORE THE HONORABLE JOHN A. MENDEZ, JUDGE

---oOo---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                     No. CR. S-09-121

CHRISTOPHER WARREN,

        Defendant.

_____/

---oOo---

REPORTER'S TRANSCRIPT

STATUS CONFERENCE

TUESDAY, DECEMBER 6, 2011

---oOo---

Reported by:      KELLY O'HALLORAN, CSR #6660

APPEARANCES


For the Plaintiff:


    BENJAMIN B. WAGNER
    United States Attorney
    501 I Street, Suite 10-100
    Sacramento, CA  95814
    BY:  RUSSELL L. CARLBERG
         Assistant U.S. Attorney

For the Defendant:

    LAW OFFICES OF JAMES R. GREINER
    555 University Avenue, Suite 290
    Sacramento, CA  95825
    BY:  JAMES R. GREINER

1          SACRAMENTO, CALIFORNIA

2          TUESDAY, DECEMBER 6, 2011, 9:30 A.M.

3          ---oOo---

4          THE CLERK:  Criminal S-09-121; United States versus

5    Christopher Warren.

6          MR. CARLBERG:  Good morning, your Honor.  Russell

7    Carlberg appearing for the United States.

8          MR. GREINER:  Good morning, your Honor.  James Greiner

9    representing Christopher Warren.  Mr. Warren is present in

10   court.  He is in custody.

11         THE COURT:  All right.  This is on for status.  I know

12   that you asked for a continuance, Mr. Greiner, but I denied

13   it.  This case is far too old.  It was indicted in March

14   of 2009.  Despite the fact that you keep telling me how many

15   pages there are, you've had enough time to review it.  I

16   assume there's been actually a plea agreement drafted, or am

17   I incorrect, Mr. Carlberg?

18         MR. CARLBERG:  No.  It's not my practice to draft them

19   until I have an oral understanding with counsel.  I have made

20   an offer, and there is no oral understanding.

21         THE COURT:  Okay.  How long ago was the offer made?

22         MR. CARLBERG:  About I would say six weeks ago.  That

23   would be about right.

24         THE COURT:  Okay.  I know you may have told me this

25   before, but why are we almost three years into this case,

1   despite the fact that there's 15,000 or 20,000 or however

2   many pages?

3       MR. CARLBERG:  Well, your Honor, the government when

4   it indicts a case is ready to go, and remains ready to go.

5   Mr. Greiner has requested -- he requested a number of

6   additional items of discovery which were provided.

7   Mr. Warren is the subject of a very large separate mortgage

8   fraud investigation.  So there were a few things in the

9   government's possession related to that case, which is a

10  separate case, that were turned over.  So I understand

11  Mr. Greiner has wanted time to go through that.  That's my

12  understanding of why we're here today.

13      THE COURT:  Okay.  I'm going to set it for trial and

14  give you a trial confirmation hearing.  If you resolve the

15  case before then, fine.  Just let Mr. Vine know, and we'll

16  put it on calendar.  If you don't resolve it, then we're

17  going to trial.  It's too old.

18      Go ahead, Mr. Greiner.

19      MR. GREINER:  If I may, Judge, we would like to set it

20  for trial, and that's fine.  I've had discussions with the

21  government.  We want to make sure that we have a trial date

22  that fits the Court's calendar and counsel's calendar.  As

23  the Court knows, as I have said, I still have some discovery

24  that I need to review with the client, about 8 to 10,000

25  pages and about 8 to 10 hours of audiotape.  In addition to

1    that, I've talked to the government about the government's

2    trial calendar and about my trial calendar.  If I could

3    present that to the Court and then what our recommendation is

4    for a trial date, which we want to have a trial date.

5          THE COURT:  You can present it for the record, but I'm

6    going to pick a trial date that's convenient to the Court,

7    and you guys can work around it.

8          MR. GREINER:  That's fine.

9          THE COURT:  This case is too old.  So it's going to be

10   before March 2012, I can tell you that.  Were you going to

11   try to suggest something outside of March?

12         MR. GREINER:  Well --

13         THE COURT:  Three years for a criminal case is, in my

14   mind, ridiculous.  I don't care how complex the case is.

15   This was indicted in March 2009.  And if it takes people

16   three years to get a case to trial, then there's something

17   wrong with the system.  And I'm not going to be part of that

18   system.  So you're going to trial sometime before March 12th.

19         MR. GREINER:  Could we suggest a trial date in June?

20         THE COURT:  No, not even close.  You're going to have

21   a trial before March.  I'm not going to have this on my

22   books.  I think it's embarrassing, frankly, to have a

23   criminal case, a criminal case.  And I don't know how long

24   Mr. Warren has been in custody.

25         MR. CARLBERG:  The entire time, your Honor.

1        THE COURT:  That even bothers me more.

2        MR. CARLBERG:  Your Honor, the government's ready to

3    go at the end of January if the Court wants to set that date.

4        THE COURT:  I'll set the trial for February.

5    Mr. Vine, give me a date in February.

6        THE CLERK:  13th.

7        THE COURT:  All right.

8        MR. GREINER:  We have motions that we need to bring in

9    front of the Court to dismiss causes of action in the

10   indictment.  And I need to bring those before the 13th, and I

11   need to comply with the local rules.

12       THE COURT:  Well, you'd better bring them quickly

13   because they should have been brought a long time ago.

14       Trial is going to be February 13, 2012.  That will

15   start at 9:00 a.m.  Give me a trial confirmation hearing.

16       THE CLERK:  January 10th.

17       THE COURT:  All right.  Trial confirmation

18   January 10th, 2012.  That will be at 9:30 a.m.

19       MR. GREINER:  Could I ask for a later trial

20   confirmation date to enable me to comply with the local rules

21   regarding motions?

22       THE COURT:  I'll move it back --

23       MR. GREINER:  Could I have the 24th for trial

24   confirmation?

25       THE COURT:  That's fine with me.  All right.  Trial

1    confirmation January 24th, 2012, at 9:30.  Trial

2    February 13th, 2012, at 9:00 a.m.

3              Do you want me to exclude time?

4              MR. GREINER:  I do, Judge.  But for the record, I am

5    going to object to the trial date based upon the record that

6    I've made, that I still have discovery that I have to go over

7    with my client from documents that have been provided by me

8    to the government.  As I have stated, about 8 to 10,000 pages

9    and about 8 to 10 hours of audiotape.  I have motions that I

10   have to bring in front the Court.  So my request would be for

11   a June trial date.  I know the Court has denied that, but I

12   think that I would be ineffective for a February trial date.

13   So I'm making my record on that.

14             THE COURT:  Noted.  I totally disagree.  The objection

15   is overruled.

16             MR. GREINER:  That's fine.

17             THE COURT:  We sit here today on December 6th.  You

18   now need to make this case a priority, if not the priority in

19   your life.  That's the reality of the situation.

20             MR. GREINER:  We'd like the Court to exclude time

21   under Title 18, Section 3161(h)(7)(A).  The Court finds that

22   the granting of this continuance serves the interest of

23   justice and outweighs both the public and the defendant's

24   right to a speedy trial.  And to support that legal finding,

25   we'd ask the Court to make a factual finding under Title 18,

1    Section 3161(h)(7)(B)(ii) that the case is complex based upon

2    the amount of discovery that I have stated, the fact that

3    Mr. Warren is the subject of potentially one or two other

4    indictments by the government, and under Title 18,

5    Section 3161(h)(7)(B)(iv) for continuity of counsel and time

6    for preparation.

7            THE COURT:  All right.  I made a previous finding in

8    this case already that it was complex.  I accept your

9    representation there's a need for preparation of counsel.  So

10   I will exclude time under T4 and T2 of our local codes

11   between now and the trial date which is February 13, 2012,

12   and I'll make the specific finding as requested with respect

13   to the interest being outweighed.  Let me get the specific

14   language.  "The ends of justice served by taking such action

15   outweigh the best interest of the public and the defendant in

16   a speedy trial."  The Court so finds.

17           All right.  We'll see you on January 24, 2012.

18           MR. CARLBERG:  And, your Honor, may I note just for

19   the record, since Mr. Warren, I haven't seen him in quite a

20   while, that if the defendant wants to resolve this case, he

21   needs to do so before Christmas, before the holidays.

22           THE COURT:  Okay.

23           MR. GREINER:  Thank you, Judge.

24           THE COURT:  All right.

25           (Proceedings were concluded.)

1          I certify that the foregoing is a correct transcript

2    from the record of proceedings in the above-entitled matter.

3

4

5                            /s/ Kelly O'Halloran

6                            KELLY O'HALLORAN, CSR #6660

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25