```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        ) Case No. 2:09-CR-00121-JAM
                                     )
12                  Plaintiff,       )
                                     )
13       v.                          )
                                     )
14  CHRISTOPHER JARED WARREN, and    ) RELATED CASE ORDER
    SCOTT EDWARD CAVELL,             )
15                                   )
                    Defendants.      )
16  UNITED STATES OF AMERICA,        )
                                     )
17                  Plaintiff,       )
                                     ) Case No. 2:19-CR-00033-TLN
18       v.                          )
                                     )
19  SCOTT CAVELL,                    )
                                     )
20                  Defendant.       )
                                     )
21
22       Examination of the above-entitled actions reveals that these
23  actions are related within the meaning of Local Rule 123 (E.D. Cal.
24  2005).  Accordingly, the assignment of the matters to the same
25  judge is likely to affect a substantial savings of judicial effort
26  and is also likely to be convenient for the parties.
27       The parties should be aware that relating the cases under
28  Local Rule 123 merely has the result that these actions are
```

1 | assigned to the same judge; no consolidation of the actions is
2 | effected.
3 |     IT IS THEREFORE ORDERED that the action denominated 2:19-CR-
4 | 00033-TLN be reassigned to Judge John A. Mendez for all further
5 | proceedings, and any dates currently set in this reassigned case
6 | *only* are hereby VACATED.  Henceforth, the caption on documents
7 | filed in the reassigned cases shall be shown as 2:19-CR-00033-JAM.
8 |     IT IS FURTHER ORDERED that the Clerk of the Court make
9 | appropriate adjustment in the assignment of criminal cases to
10 | compensate for this reassignment.
11 |     IT IS SO ORDERED.
12 | Dated:  February 22, 2019.
13 | DATED:  2/22/2019

/s/ John A. Mendez_____
United States District Court Judge
2