IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. WARREN,<br><br>Defendant. | Case No. 2:09-cr-00121--JAM<br><br>ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Date:  January 18, 2022<br>Time:  9:30 a.m.<br>Judge: Hon. JOHN A. MENDEZ. |

### [Proposed] O R D E R

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges CHRISTOPHER J. WARREN on January 18, 2022 for the reasons set forth above.

Dated: _____          _____
                                                              Hon. JOHN A. MENDEZ
                                                              United States District Court Judge

1