IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. WARREN,<br><br>Defendant. | Case No. 2:09- cr-00121--JAM<br><br>ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Date:   February 8, 2022<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

### [Proposed] O R D E R

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges CHRISTOPHER J. WARREN on February 8, 2022 for the reasons set forth above.

Dated: _____
Hon. JOHN A. MENDEZ
United States District Court Judge

-1-