UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER J. WARREN,<br><br>    Defendant. | No.  2:09-cr-00121-JAM<br><br>**ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE OF DEFENDANT CHRISTOPHER WARREN** |

Pursuant to 18 U.S.C. §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges CHRISTOPHER J. WARREN on February 18, 2022 for the reasons set forth above.

Dated: February 18, 2022

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1